63 P.3d 434

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**January 23, 2003**

| | | |
|---|---|---|
| 24329 | Noble v. State | Affirmed |

**February 5, 2003**

| | | |
|---|---|---|
| 24131 | Hutch v. State | Affirmed |

**February 11, 2003**

| | | |
|---|---|---|
| 24021 | State v. Lupenui | Affirmed |

**February 21, 2003**

| | | |
|---|---|---|
| 24464 | State v. Benzon | Affirmed |
| 24217 | State v. Hatori | Affirmed |

**February 24, 2003**

| | | |
|---|---|---|
| 24505 | State v. Walden | Affirmed |

**February 27, 2003**

| | | |
|---|---|---|
| 24447 | State v. Stanford Neighbors | Affirmed |
| 24500 | State v. Turro | Affirmed |